**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7186**

MICHAEL ANTHONY SORBELLO,

Plaintiff - Appellant,

v.

HAYWOOD COUNTY MUNICIPALITY; CHARLIE COOK, Public Defender, Individually and in his Official Capacity; M.A. MCABEE, Deputy Sheriff with the Haywood County Sheriff's Office, Individually and in his Official Capacity; ROB SKIVER, Police Officer with the Waynesville Police Department, Individually and in his Official Capacity; N.C. STATE CRIME LABORATORY, Department of Justice Western; G. BAXTER, Examiner with the N.C. State Crime Laboratory, Individually and in his Official Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Frank D. Whitney, Chief District Judge. (1:16-cv-00274-FDW)

Submitted: November 22, 2016      Decided: November 28, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Anthony Sorbello, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Sorbello appeals the district court's order dismissing his 28 U.S.C. § 1983 (2012) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Sorbello's informal brief does not challenge the basis for the district court's disposition, Sorbello has waived appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we deny Sorbello's motion for appointment of counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED